| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Charles Martin and Francine Duncan-Martin |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 15-58306 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 11

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2018

**Last 4 digits** of any number you use to identify the debtor's account: 0 9 9 2

**New total payment:** Principal, interest, and escrow, if any $1394.97

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 434.57    New escrow payment: $ 428.91

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change:

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Charles Martin and Francine Duncan-Martin | Case number (if known) | 15-58306 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Angela Mills Fowler      Date   05/01/2018
Signature

Print: FOWLER, ANGELA MILLS
First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number   Street

1000 Blue Gentian Road
Address 2

Eagan   MN   55121-7700
City   State   ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

Chapter 13 No. 15-58306
Judge: Judge Maria L. Oxholm

In re:

Charles Martin and Francine Duncan-Martin

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 02, 2018 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Charles Martin and Francine Duncan-Martin |
| | 19015 Elsmere |
| | Eastpointe MI 48021 |
| | |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | N/A |
| | |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Morris B. Lefkowitz |
| | 24100 Southfield Rd. |
| | Suite 203 |
| | Southfield MI 48075 |
| | |
| | By U.S. Postal Service First Class Mail Postage Prepaid |
| | N/A |
| | |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid |
| | Tammy L. Terry |
| | Chapter 13 Trustee |
| | Buhl Building |
| | 535 Griswold, Suite 2100 |
| | Detroit MI 48226 |

/s/Angela Mills Fowler

VP Loan Documentation



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

## Escrow Review Statement
*For informational purposes only*

**Statement Date:** April 11, 2018
**Loan number:**
**Property address:**
19015 ELSMERE AVE
EASTPOINTE MI 48021-2016

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

 **Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

FRANCINE M DUNCAN-MARTIN
CHARLES D MARTIN
19015 ELSMERE AVE
EASTPOINTE MI 48021-2016

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court.

We reviewed the escrow account, here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Future payments:** Based on what we expect to pay, as of June 1, 2018, the escrow portion of the payment will **decrease**.

> The escrow account has a shortage of
> **$307.69**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Current payment | New payment |
|---|---|---|
| **Principal and/or interest** | $966.06 | $966.06 |
| **Escrow payment** | $434.57 | $428.91 |
| **Total payment amount** | $1,400.63 | $1,394.97 |

**Option 1: No action required**

Starting **June 1, 2018** the new contractual payment amount will be **$1,394.97**

### Option 2 — Pay the shortage amount of $307.69

| | Current payment | New payment |
|---|---|---|
| **Principal and/or interest** | $966.06 | $966.06 |
| **Escrow payment** | $434.57 | $403.27 |
| **Total payment amount** | $1,400.63 | $1,369.33 |

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

**Option 2: Pay shortage in full**

Starting **June 1, 2018** the new contractual payment amount will be **$1,369.33**

**Note:** Since the payment is withdrawn by us, we will automatically adjust the mortgage payment. This applies to both options.

**See Page 2 for additional details.**

---



*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

FRANCINE M DUNCAN-MARTIN
CHARLES D MARTIN

Wells Fargo Home Mortgage
PO Box 14538
Des Moines, IA 50306-3538

The escrow account review indicates a shortage. You may voluntarily choose **Option 2** to pay the shortage in full now and the mortgage payment will be **$1,369.33**.

Please detach this coupon and mail it along with the check for $307.69 to the address that appears on this coupon.

## Part 2 - Payment calculations

You have a shortage of $307.69. For the past review period, the projected amount of your escrow items was $4,839.31. For the coming year, the projected amount to be paid from your escrow is $4,839.31.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the total amount by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods.

### Escrow comparison

|  | 01/16 - 12/16 (Actual) | 07/16 - 06/17 (Actual) | 06/17 - 04/18 (Actual) | 06/18 - 05/19 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,114.66 | $3,114.66 | $3,155.31 | $3,155.31 | ÷ | 12 | = | $262.94 |
| **Property insurance** | $1,539.00 | $1,539.00 | $1,684.00 | $1,684.00 | ÷ | 12 | = | $140.33 |
| **Total taxes and insurance** | $4,653.66 | $4,653.66 | $4,839.31 | $4,839.31 | ÷ | 12 | = | $403.27 |
| **Escrow shortage** | $0.00 | $0.00 | $561.14 | $307.69 | ÷ | 12 | = | $25.64** |
| **Total escrow** | $4,653.66 | $4,653.66 | $5,400.45 | $5,147.00 | ÷ | 12 | = | $428.91 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected escrow balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  November, 2018 |   | -$461.36 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $960.21 | |
| Minimum balance for the escrow account† | - | $806.54 | (Calculated as: $403.27 X 2 months) |
| **Escrow shortage** | = | -$307.69 | |

‡This adjustment of $960.21, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add up the total of the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

### Important messages

## Part 3 - Escrow account projections

Escrow account projections from June, 2018 to May, 2019

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2018 | | | Starting balance | $1,809.45 | $3,077.35 |
| Jun 2018 | $403.27 | $0.00 | | $2,212.72 | $3,480.62 |
| Jul 2018 | $403.27 | $0.00 | | $2,615.99 | $3,883.89 |
| Aug 2018 | $403.27 | $3,006.43 | EASTPOINTE CITY (4) | $12.83 | $1,280.73 |
| Sep 2018 | $403.27 | $0.00 | | $416.10 | $1,684.00 |
| Oct 2018 | $403.27 | $0.00 | | $819.37 | $2,087.27 |
| Nov 2018 | $403.27 | $1,684.00 | AUTO CLUB GROUP | -$461.36 | $806.54 |
| Dec 2018 | $403.27 | $148.88 | EASTPOINTE CITY (4) | -$206.97 | $1,060.93 |
| Jan 2019 | $403.27 | $0.00 | | $196.30 | $1,464.20 |
| Feb 2019 | $403.27 | $0.00 | | $599.57 | $1,867.47 |
| Mar 2019 | $403.27 | $0.00 | | $1,002.84 | $2,270.74 |
| Apr 2019 | $403.27 | $0.00 | | $1,406.11 | $2,674.01 |
| May 2019 | $403.27 | $0.00 | | $1,809.38 | $3,077.28 |
| Totals | $4,839.24 | $4,839.31 | | | |

## Part 4 - Escrow account history

Escrow account activity from June, 2017 to May, 2018

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jun 2017 | | | | | | | Starting Balance | $1,433.92 | $2,955.27 | -$1,521.35 |
| Jun 2017 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $1,868.49 | $3,343.08 | -$1,474.59 |
| Jul 2017 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $2,303.06 | $3,730.89 | -$1,427.83 |
| Aug 2017 | $434.57 | $387.81 | $46.76 | $3,006.43 | $2,967.51 | $38.92 | EASTPOINTE CITY (4) | -$268.80 | $1,151.19 | -$1,419.99 |
| Sep 2017 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $165.77 | $1,539.00 | -$1,373.23 |
| Oct 2017 | $434.57 | $387.81 | $46.76 | $1,684.00 | $0.00 | $1,684.00 | AUTO CLUB GROUP | -$1,083.66 | $1,926.81 | -$3,010.47 |
| Nov 2017 | $434.57 | $387.81 | $46.76 | $0.00 | $1,539.00 | -$1,539.00 | AUTO CLUB GROUP | -$649.09 | $775.62 | -$1,424.71 |
| Dec 2017 | $434.57 | $387.81 | $46.76 | $148.88 | $147.15 | $1.73 | EASTPOINTE CITY (4) | -$363.40 | $1,016.28 | -$1,379.68 |
| Jan 2018 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $71.17 | $1,404.09 | -$1,332.92 |
| Feb 2018 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $505.74 | $1,791.90 | -$1,286.16 |
| Mar 2018 | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $940.31 | $2,179.71 | -$1,239.40 |
| Apr 2018 (estimate) | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $1,374.88 | $2,567.52 | -$1,192.64 |
| May 2018 (estimate) | $434.57 | $387.81 | $46.76 | $0.00 | $0.00 | $0.00 | | $1,809.45 | $2,955.33 | -$1,145.88 |
| Totals | $5,214.84 | $4,653.72 | $561.12 | $4,839.31 | $4,653.66 | $185.65 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2016 Wells Fargo Bank, N.A. All rights reserved.
NMLSR ID 399801  9/16