UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

CHARLES MARTIN,
FRANCINE DUNCAN-MARTIN
                              Debtor(s) /

Case No.  15-58306-MLO
CHAPTER 13
JUDGE MARIA L. OXHOLM

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of a Payment Order was served, by Electronic Court Filing (ECF) and/or depositing a copy in the U.S. Mail, postage prepaid properly addressed as follows:

**GREAT LAKES WATER AUTHORITY
ATTN: PAYROLL DEPT.
735 RANDOLPH
DETROIT, MI 48226**

**LEFKOWITZ LAW GROUP
24100 SOUTHFIELD RD., SUITE 203
SOUTHFIELD, MI 48075**

**FRANCINE DUNCAN-MARTIN
19015 ELSMERE
EASTPOINTE, MI  48021**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

October 05, 2018

/s/ Kim Pugh
For Chapter 13 Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
Phone: 313 967-9857
mieb_ecfadmin@det13.net